1 | ALBERT P. BALLOG, JR., Bar No.: 103627
2 | BRIAN L. WILLIAMS, Bar No.: 227948
**SULLIVAN & BALLOG, LLP**
400 North Tustin Avenue, Suite 475
3 | Santa Ana, California 92705
Telephone: (714) 541-2121
4 | Facsimile: (714) 541-2120
**apb@sullivanballog.com**
5
6 | Attorneys for Defendants, COUNTY OF ORANGE,
ORANGE COUNTY SHERIFF'S DEPARTMENT,
SHERIFF MICHAEL S. CARONA, and ASSISTANT
7 | SHERIFF CHARLES WALTERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FERNANDO RAMIREZ, | Case No. SACV07-601 JVS (SSx) |
|---|---|
| Plaintiff, | |
| vs. | [~~proposed~~] |
| COUNTY OF ORANGE; ORANGE COUNTY SHERIFF'S DEPARTMENT; SHERIFF, MICHAEL S. CARONA; ASSISTANT SHERIFF, CHARLES WALTERS; SANTIAGO ORTIZ; RODRIGO SOTO; JESUS VASQUEZ; ALAIN CRUZ; LONNIE MILLANPONCE; DOUGLAS HITCHCOCK; SERGIO ANAYA; and DOES 1 through 10, Inclusive, | 1. **PROTECTIVE ORDER; AND**<br><br>2. **ORDER RE OFFICIAL CAPACITY OF DEFENDANT MICHAEL S. CARONA**<br><br>Pretrial Conference Date: 8/25/08<br>Trial Date: 9/30/08 |
| Defendants. | |

Based on the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that:

1. Plaintiff shall withdraw all discovery propounded on defendant Michael S. Carona, including without limitation the notice of his deposition, and no discovery responses will be required by defendant Michael S. Carona;

2. Plaintiff shall not propound any further discovery on defendant Michael S. Carona or notice him for deposition;

3. The role of defendant Michael S. Carona in his official capacity as Orange County Sheriff on or about June 1, 2006 included the following:

   a. Chief policymaker of the Orange County Sheriff's Department; and

   b. Oversee the adoption, implementation, and enforcement of official policies of the Orange County Sheriff's Department.

4. Any and all claims against defendant Michael S. Carona in his official capacity are, in essence, claims against the Orange County Sheriff's Department and the County of Orange. See, e.g., Kentucky v. Graham, 473 U.S. 159, 105 S.Ct. 3099 (1985).

DATED:

THE HONORABLE JAMES V. SELNA

IT IS SO ORDERED.
DATED: 7/20/08

_____
UNITED STATES MAGISTRATE JUDGE